IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENNETH RANEY,

    Plaintiff,

  v.

STATE OF WISCONSIN,
GRANT COUNTY SHERIFF'S OFFICE,
OFFICER DUANE JACOBSON,
DA ANTHONY POZORSKI, and
All other persons known and unknown
Involved in this case,

    Defendants.

Case No.  20-cv-324-wmc

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 4/20/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |