DOC NO
REC'D/FILED

2021 MAY 14   AM 9:07

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

Kenneth Raney
      Plaintiff

**Vs**

State of Wisconsin,
Grant County Sheriff Office,
Officer Duane Jacobson,
DA Anthony Pozorski and
all other persons know
and unknown involved in
this case

Case Number **20-CV-324-WMC**

### NOTICE OF INTENT TO APPEAL

Comes now Kenneth Raney, Plaintiff filing this notice of

appeal in the above case.

Respectfully Submitted;

5-11-21
_____
Dated

_____
Signature of Plaintiff

6084824077
Plaintiff's Telephone Number

raney_kenneth@yahoo.com

Kenneth Raney

330 Olympic Heights Road

Dubuque, Iowa 52001

1